IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST DOBBAR,

       Petitioner,

v.                                         Case No. 4:04cv472-RH/WCS

JAMES CROSBY,

       Respondent.

_____/

**ORDER DISMISSING § 2254 PETITION**

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. Respondent's motion to dismiss (document 9) is GRANTED. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 99-2386, is DISMISSED as untimely." The clerk shall close the file.

    SO ORDERED this 9th day of September, 2005.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge